UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

W.J. DEUTSCH & SONS LTD.

      Petitioner,

-v-                                      No.   21 CV 11003-LTS

DIEGO ZAMORA, S.A., et al.,

      Respondents.

-------------------------------------------------------x

## ORDER

The parties are advised that this case has been transferred to the docket of the undersigned. It is hereby ordered that Petitioner's motion to amend/motion to file redacted documents (docket entry no. 25) shall be briefed in accordance with the schedule set out in SDNY Local Civil Rule 6.1. The parties' attention is directed to the Individual Practices of Judge Swain, which can be found on the Court's website.

      SO ORDERED.

Dated: New York, New York
           February 10, 2022

                                                           /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge