**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
W.J. DEUTSCH & SONS LTD.,

                    Petitioner,

    -against-                                                   21 **CIVIL** 11003 (LTS)

                                                                       **JUDGMENT**

DIEGO ZAMORA, S.A., et al.,

                    Respondents.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 30, 2023, Deutsch's motion to authorize alternative service of the Petition nunc pro tunc is granted, and Zamora's motion to dismiss the Petition is granted. Accordingly, the case is closed.

**Dated:**  New York, New York

      August 30, 2023

                                                                        **RUBY J. KRAJICK**
                                                                        **Clerk of Court**

                                          **BY:** _____
                                                                        **Deputy Clerk**